IN THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA

In re:
JAY JONAS RUBIN
        Debtor
_____/     CASE NO.: 3-11-bk-9348
                                                            Chapter 7

ROBERT TUKE,                              ADV. CASE NO.:3:12-AP-00292-JAF

        Plaintiff/Creditor,

v.

JAY JONAS RUBIN,

        Defendant/Debtor.
_____/

## MOTION TO ADD PARTY PLAINTIFF AND INCORPORATED MEMORANDUM OF LAW

       Plaintiff, Robert Tuke, by and through undersigned counsel, pursuant to Fed. R. Civ. P. rule 21, requests the Court to add Jill M. Tuke, former wife of Plaintiff, as an additional Plaintiff in this action, and in support of this Motion, states as follows:

1. Jill M. Tuke has retained an interest in the proceeds, if any, obtained by Robert Tuke in this action by virtue of a settlement agreement in the parties' divorce which was entered into after the complaint in this action was filed.

2. Pursuant to Fed.R.Civ.P 19(a)(1)(B)(ii) Jill M. Tuke should be joined in this action.

3. Fed. R. Civ. P. 21, allows, by this motion, the Court to add Jill M. Tuke as a party plaintiff in this action.

1

4.  Adding Jill M.Tuke as a party to this action will not require the Plaintiff to file an amended pleading, other than changing the style, in that Jill M. Tuke has no personal knowledge, independent of the Plaintiff, Robert Tuke, of any of the material facts giving rise to this cause of action.

5.  Jill M. Tuke consents to her addition as a party Plaintiff in this adversarial proceeding and will be represented by undersigned counsel.

WHEREFORE, the Plaintiff requests that the Court enter an order adding Jill M. Tuke as a party Plaintiff to this action.

DATED this 31st day of January, 2013.

By: */S/ Stephen D. Spivey, Esq.*
Stephen D. Spivey, Esq.
FBN 998140
230 NE 25th Avenue, Suite 202
Ocala, Florida  34471
(352) 895-9152 (tel)
(352) 351-9217 (fax)
Stephen@spiveymediationservices.com